

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00004-CV

---

**IN THE INTEREST OF G.L., A.L., R.L., G.L., B.L., AND D.L., CHILDREN**

On Appeal from the 72nd District Court
Lubbock County, Texas
Trial Court No. 2021-545,252, Honorable J. Phillip Hays, Presiding

---

No. 07-23-00005-CV

---

**IN THE INTEREST OF J.L., A CHILD**

On Appeal from the 72nd District Court
Lubbock County, Texas
Trial Court No. 2021-545,250, Honorable J. Phillip Hays, Presiding

March 2, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, G.L., appeals from two trial court orders terminating his parental rights to his children, G.L., A.L., R.L., G.L., B.L., D.L., and J.L.[1] Now pending before this Court is Appellant's unopposed motion seeking voluntary dismissal of the appeals. The Court finds the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeals are dismissed. No motions for rehearing will be entertained and our mandates will issue forthwith.

Per Curiam

---

[1] To protect the privacy of the parties, we refer to them by their initials. *See* TEX. FAM. CODE ANN. § 109.002(d); TEX. R. APP. P. 9.8(a), (b).